IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01303-REB-BNB

SALOME KENDAGOR,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant.
_____

## ORDER
_____

This matter is before me on the **Defendant's Motion for Leave to File Amended Counterclaims** [Doc. # 21, filed 9/15/2006] ( the "Motion to Amend"), which is not opposed.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the *Answer and Amended Counterclaims* [Doc. # 22] submitted with the Motion to Amend.

IT IS FURTHER ORDERED that the hearing on the Motion to Amend set for **October 20, 2006, at 10:00 a.m.**, is VACATED.

Dated October 10, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge